# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 185 WAL 2022

         Respondent    :

           :   Petition for Allowance of Appeal
           :   from the Order of the Superior Court

         v.             :

WILLIE JAMES HARDY,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of December, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1)     Was Appellant's Petition for Post-Conviction DNA Testing Pursuant to 42 Pa.C.S. § 9543.1 timely?

(2)     Did Appellant satisfy the requirements of 42 Pa.C.S. § 9543.1(a)(2), with regard to evidence previously tested for DNA and evidence not previously tested for DNA?

(3)     Did Appellant present a *prima facie* case demonstrating that the DNA testing sought, assuming exculpatory results, would establish his actual innocence of the offense for which he was convicted?